**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ8330 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ANGELICA SAINZ-LOPEZ, | |
| Defendant. | |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                    Respectfully submitted,

Dated: April 23, 2008             /s/ *Robert R. Henssler, Jr.*
                                      **ROBERT R. HENSSLER, JR.**
                                      Federal Defenders of San Diego, Inc.
                                      Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: April 23, 2008            */s/ Robert R. Henssler, Jr.*
                                 **ROBERT R. HENSSLER, JR.**
                                 Federal Defenders of San Diego, Inc.
                                 Robert_Henssler@fd.org